CARMEN M. BANERJEE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER LOWY, JANINE LOWY, BEVERLY PARK CORPORATION** <br> Plaintiffs, <br><br> v. <br><br> **INTERNAL REVENUE SERVICE,** <br> Defendant. | CASE NO. CV 10-00767 SI <br><br> **STIPULATION TO CONTINUE HEARING OF OCTOBER 7, 2011** |

The parties agree to continue the hearing scheduled for October 7, 2011, and propose October 21, 2011 as the new date for the hearing, or an alternate date when both parties are available to be chosen by the Court.

| | |
|---|---|
| ABBE DAVID LOWELL <br> PAMELA J. MARPLE <br> Chadbourne & Parke LLP <br> 1200 New Hampshire Avenue N.W. <br> Washington, D.C. 20036 <br> *Counsel for Plaintiffs* | CARMEN M. BANERJEE <br> Trial Attorney, Tax Division <br> U.S. Department of Justice <br> P.O. Box 227 <br> Washington, D.C. 20044 <br> *Counsel for Defendant* |

MOTION IS CONTINUED TO 12/2/11 @ 9 A.M.

IT IS SO ORDERED
Judge Susan Illston

STIPULATION TO CONTINUE HEARING OF OCTOB[ER]
CASE NO. CV 10-00767 SI             1

7495599.1