1  **CHADBOURNE & PARKE LLP**
   ABBE DAVID LOWELL (Admitted *Pro Hac Vice*)
2  adlowell@chadbourne.com
   PAMELA J. MARPLE (Admitted *Pro Hac Vice*)
3  pmarple@chadbourne.com
   1200 New Hampshire Avenue N.W.
4  Washington, D.C. 20036
5  Telephone:    202-974-5600
   Facsimile:    202-974-5602
6
7  Attorneys for Plaintiffs
   PETER AND JANINE LOWY,
8  BEVERLY PARK CORPORATION

9
10            **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**

11  **PETER LOWY, JANINE LOWY,**            **CASE NO.  CV 10-00767 SI**
12  **BEVERLY PARK CORPORATION,**
            **Plaintiffs,**
13
14       **v.**
                                        **STIPULATION OF DISMISSAL**
15  **INTERNAL REVENUE SERVICE,**
            **Defendant.**
16

17

18       It is stipulated and agreed that the complaint in the above-entitled case be

19  dismissed with prejudice, the parties to bear their respective costs, including any

20  possible attorneys' fees or other expenses of this litigation.

21

22

23  _____/s/_____          _____/s/_____
24  ABBE DAVID LOWELL                            CARMEN M. BANERJEE
    PAMELA J. MARPLE                             Trial Attorney, Tax Division
25  Chadbourne & Parke LLP                       U.S. Department of Justice
    1200 New Hampshire Avenue N.W.               P.O. Box 227
26  Washington, D.C. 20036                       Washington, D.C. 20044
    *Counsel for Plaintiffs*                     *Counsel for Defendant*
27

28  STIPULATION OF DISMISSAL                     CASE NO. CV 10-00767 SI

1

2

**CERTIFICATE OF SERVICE**

3

I hereby certify that on October 26, 2011, I caused a true and correct copy of the

4

foregoing to be served via the Court's ECF system to all counsel of record in this matter.

5

6

7

/s/  Pamela J. Marple

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  STIPULATION OF DISMISSAL                                    CASE NO. CV 10-00767 SI