**CHADBOURNE & PARKE LLP**
ABBE DAVID LOWELL (Admitted *Pro Hac Vice*)
adlowell@chadbourne.com
PAMELA J. MARPLE (Admitted *Pro Hac Vice*)
pmarple@chadbourne.com
1200 New Hampshire Avenue N.W.
Washington, D.C. 20036
Telephone:     202-974-5600
Facsimile:     202-974-5602

Attorneys for Plaintiffs
PETER AND JANINE LOWY,
BEVERLY PARK CORPORATION

*IT IS SO ORDERED*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER LOWY, JANINE LOWY, BEVERLY PARK CORPORATION,**   Plaintiffs,   v.   **INTERNAL REVENUE SERVICE,**   Defendant. | CASE NO. CV 10-00767 SI   STIPULATION OF DISMISSAL |

It is stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

_____/s/_____
ABBE DAVID LOWELL
PAMELA J. MARPLE
Chadbourne & Parke LLP
1200 New Hampshire Avenue N.W.
Washington, D.C. 20036
*Counsel for Plaintiffs*

_____/s/_____
CARMEN M. BANERJEE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
*Counsel for Defendant*

STIPULATION OF DISMISSAL                                    CASE NO. CV 10-00767 SI

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2011, I caused a true and correct copy of the foregoing to be served via the Court's ECF system to all counsel of record in this matter.

/s/ Pamela J. Marple

STIPULATION OF DISMISSAL         CASE NO. CV 10-00767 SI