IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER LOWY, et al., | No. C 10-00767 SI |
| Plaintiffs, | **ORDER MODIFYING MARCH 30, 2011 ORDER** |
| v. | |
| INTERNAL REVENUE SERVICE, | |
| Defendant. | |

The Court has reviewed the parties' briefing on defendant's motion to modify or vacate this Court's March 30, 2011 Order. The Court finds that its March 30, 2011 Order should be amended to correct an oversight and MODIFIES that Order, at page 15 lines 8-11, as follows: "Withholding these documents under section 6105 is improper unless the IRS can show that they contain information relating to and/or reflecting information received from the foreign tax administration."

**IT IS SO ORDERED.**

Dated: November 28, 2011

SUSAN ILLSTON
United States District Judge